No. 750. ENGINEERING & RESEARCH CORP. *v.* NATIONAL LABOR RELATIONS BOARD. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Milton W. King* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 751. SCOTT *v.* UNITED STATES. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. H. A. Ledbetter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *William Strong* for the United States.

No. 754. BREITOWICH *v.* THARP ET AL. January 29, 1945. Petition for writ of certiorari to the Appellate Court, First District, of Illinois denied. *Mr. Ode L. Rankin* for petitioner. *Mr. Irving Breakstone* for respondents.

No. 756. McGREW PAINT & ASPHALT CO. *v.* MURPHY, DIRECTOR OF LABOR;

No. 757. RAILWAY PAINT CO. *v.* MURPHY, DIRECTOR OF LABOR;

No. 758. DEDNOX, INC. *v.* MURPHY, DIRECTOR OF LABOR; and

No. 759. INSUL-MASTIC ROOFING & SIDING CO. *v.* MURPHY, DIRECTOR OF LABOR. January 29, 1945. Petition for writs of certiorari to the Supreme Court of Illinois denied. *Messrs. Joseph G. Slottow* and *Charles Leviton* for petitioners. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.